```
 1  WILLIAM A. BAKER, ESQ.
 2  PO Box 33354
    Reno, NV   89533
 3  Phone  1-775-345-2713
    E-mail bb2713@charter.net
 4  Attorney for Creditor Sylvia Lloyd
 5
 6
 7                    UNITED STATES BANKRUPTCY COURT
 8                           DISTRICT OF NEVADA
 9                                  * * *
10  ┌─────────────────────────────────┬──────────────────────────────
11  │ IN RE:                          │
    │ JOSE R. MARTINEZ-CHICAS, ARACELI G. │ Case No:  20-51150-btb
12  │ DIAZ,                           │
13  │                                 │
    │                                 │ Chapter 13
14  │           Debtors.              │
    │                                 │ REQUEST FOR SPECIAL NOTICE
15  │                                 │ AND INCLUSION ON MASTER
    │                                 │ MAILING LIST
16  │                                 │
17  └─────────────────────────────────┴──────────────────────────────
18
            PLEASE TAKE NOTICE that William A. Baker, Esq., on behalf of Creditor Sylvia Lloyd
19
    in the above-captioned Chapter 13 case, hereby files its Request For Special Notice.   Pursuant to
20
    11 U.S.C. Section 342, Creditor and William A. Baker hereby request that all notices given or
21
    required to be given in this case to creditors, any creditors committee or any other party in interest,
22
    whether sent by the Court, the Debtor, any trustee or any other party in this case, and all papers
23
    served or required to be served in connection with any such matters, be served on William A.
24
    Baker as attorney for the Creditor, at the physical address and e-mail address if applicable as listed
25
    below and that the following contact information be added to the Court's master mailing list:
26
27
28
```

/ /plds/                                    1

WILLIAM A. BAKER, ESQ.
PO Box 33354
Reno, NV  89533
Telephone  1-775-345-2713
E-Mail address  bb2713@charter.net

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all types of notices and papers referred to in the Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including without limitation, any and all notices and applications, complaints, dismissals, hearings, motions, pleadings, plans, schedules, statements, requests, formal or informal, or other communications whether conveyed by mail, telephone, facsimile or otherwise.

DATED this 12th day of January, 2021.

**WILLIAM A. BAKER, ESQ.**

By: _/s/ William A. Baker_
Attorney for Creditor Sylvia Lloyd

/ /plds/                                                                         2

# CERTIFICATE OF SERVICE

Pursuant to Fed. Rule of Bankruptcy Proc. 9014, 7004 and Fed. Rule of Civ. Proc. 4(g), I William A. Baker swear under penalty of perjury that I am over the age of 18, not a party to the within action and that I hereby certify that on February ___, 2021 a copy of the REQUEST FOR SPECIAL NOTICE was served on the following parties by ECF filing and notice pursuant thereto to all parties receiving such notice from the Court's system:

Nathan R. Zeltzer, Esq.

William A. VanMeter, Trustee

PRA Receivables Management, LLC

Jefferson Capital Systems, LLC

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

DATED this ___ day of February, 2021.

/s/ William A. Baker
William A. Baker