NVB 5005(d) (Rev. 12/15)
William A. BAker, Esq.
PO Box 33354
Reno, Nevada 89533
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                              ) BK 20-51150-BTB
JOSE R. MARTINEZ-CHICAS,                            )
ARACELLI DIAZ,                                      ) Adversary Proceeding.:
                                                    )
            Debtor.                                 )
                                                    ) Chapter: 13
_____                 )
                                                    )
                                                    )
            Plaintiff,                              )
v.                                                  )
                                                    )
            Defendant.                              )
_____                 )

### NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

*A separate notice must be filed in each case and proceeding*

WILLIAM A. BAKER  *(name of attorney)* hereby gives notice of the following changes of email address, mailing address, or both:

A. CHANGE OF EMAIL ADDRESS

    Old email address: Wbaker@wbrl.com

    New email address: bb2713@charter.net

    Date of the change: 1/1/2021

B. CHANGE OF MAILING ADDRESS

    Old mailing address: 9468 Double R. Blvd., Suite A

    New mailing address: PO Box 33354

    Date of the change: 1/1/2021

Signature of Attorney              Date
                                       1/18/2021

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Bankruptcy Proc. 9014, 7004 and Fed. Rule of Civ. Proc. 4(g), I William A. Baker, swear under penalty of perjury that I am over the age of 18, not a party to the within action and that I hereby certify that on January 18, 2021, a copy of the:

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**

was served on the following parties by ECF filing and notice pursuant thereto to all parties receiving such notice from the Court's system:

Nathan R. Zeltzer
232 Court Street
Reno, Nevada   89501

William A. Van Meter, Trustee
PO Box 6630
Reno, Nevada   89513

PRA Receivables Management, LLC
PO Box 41021
Norfolk, Virginia   23541

I declare under penalty of perjury that the foregoing is true and correct.

William A. Baker, Esq.

3