LAW OFFICE OF NATHAN R. ZELTZER,　　　　　　　ECF-filed on: 3/19/2021
Nathan R. Zeltzer, Esq., NV SBN 5171
232 Court Street
Reno, Nevada 89501
nrzbk@yahoo.com
(775) 786-9993
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

IN RE:　　　　　　　　　　　　　　　）　　Case No.: BK-20-51150-BTB
　　　　　　　　　　　　　　　　　　）
JOSE R. MARTINEZ-CHICAS,　　　　　）　　Chapter 13
ARACELI G. DIAZ,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）　　**CERTIFICATE OF SERVICE**
　　　　　　　　　　　　　　　　　　）
　　　　Debtor(s)　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）

　　　1.　On March 19, 2021 I served the following documents: NOTICE OF CHAPTER 7 BANKRUPTCY CASE, and AMENDED SCHEDULE E/F, and DECLARATION ABOUT INDIVIDUAL DEBTOR'S SCHEDULES.

　　　2.　I served the above-named documents by the following means to the persons as listed below:
　_X_　a. ECF System:

　　　　William A. Van Meter
　　　　ECF@reno13.com, wvanmeter13@ecf.epiqsystems.com

　　　　William A. Baker on behalf of Creditor Sylvia Lloyd
　　　　Bb2713@charter.net, pstevens@wbrl.net, christine.baker25@gmail.com

　_X_　b. United States Mail, postage fully prepaid:
　　　　NV ENERGY
　　　　PO BOX 30073
　　　　RENO, NV 89520

　　　　WASTE MANAGEMENT
　　　　100 VASSAR STREET
　　　　RENO, NV 89502

　___　c. Personal Service: I personally delivered the document(s) to the persons at these addresses:

　_X_　d. By direct e-mail (as opposed to through the ECF System)
　　　　Araceli & Jose: aracelitx80@gmail.com

　___　e. By fax transmission
　___　f. By messenger

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: March 19, 2021　　　　　　　　　　　　　/s/ Malia Camozzi
　　　　　　　　　　　　　　　　　　　　　　　　　Malia Camozzi, Declarant