## <u>INDEX OF EXHIBITS</u>

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | |
|:---:|---|---:|
| 1 | US Bank Deposit Receipts into Chicas Account | 2 pages |
| 2 | Affidavit of Claimant Sylvia Lloyd | 3 pages |
| 3 | Property Tax Payment Receipt | 1 page |
| 4 | US Bank Records for Corazon Entity | 7 pages |
| 5 | Check to Lloyd and Notice of Dishonor of Check | 4 pages |
| 6 | Corazon Entity paystub and note | 2 pages |
| 7 | Vehicle Loan Documents | 2 pages |
| | | |

EXHIBIT _1_

EXHIBIT _1_

4





Vistapr vistapr366-8936743 Ma

| 04/08/2019 | Debit Purchase - visa 04/05 card 0225<br>Pp*dutch Bros Nvreno Nv | $10.50 |
| 04/08/2019 | Debit Purchase - Visa 04/05 card 0454<br>Netflix com Netflix.com Ca | $12.99 |

Close

**USbank.**   COUNTER DEPOSIT

CASH  40,000. —
CHECK
CHECK OR
TOTAL FROM
OTHER SIDE
SUB TOTAL
LESS CASH
RECEIVED

DATE  4 8 2019

SIGN ABOVE FOR CASH RECEIVED   ACCOUNT NUMBER

153757541625   $   48,000. —

00078  03759 0814  04/09/2019

DEPOSIT    H

153757541625

:560210039:

$40,000.00

Back Side   Print   Close

| 04/09/2019 | Staples | $51.06 |
| 04/05/2019 | Debit Purchase - visa 04/04 card 0225<br>Sco*tia Ross 8774174561 Ca | $1,800.00 |
| 04/05/2019 | Debit Purchase - visa 04/04 card 0454<br>Cocos Taqueria Ycarson City Nv | $37.57 |

6

EXHIBIT 2

EXHIBIT 2

<u>**AFFIDAVIT OF SYLVIA LLOYD IN SUPPORT OF REPLY TO OBJECTION**</u>
<u>**TO PROOF OF CLAIM OF SYLVIA LLOYD NUMBER 15**</u>

STATE OF NEVADA      )
                           ) ss.
COUNTY OF WASHOE    )

        SYLVIA LLOYD, being first duly sworn, deposes and says under penalty of
perjury, the following:

1. That your affiant is the person making claim number 15 in Bankruptcy Case Number BK-20-51150-BTB and said claim is made and based upon my personal knowledge and records available to me.

2. That I have caused to be filed a state court action on November 16,2020 against Defendants that include the Debtors in the above-referenced case to recover damages for financial fraud perpetuated upon.

3. The filing and service of such action has resulted in these debtors seeking bankruptcy protection via the instant case.

4. The Debtors are now objecting to my very constrained proof of claim when they know that they owe me far more money than I claimed in any event.

5. I make this affidavit in support of my reply to that spurious objection to my claim in the above referenced bankruptcy.

6. These parties are distant relatives: Diaz is my daughter's ex-sister in law and Chicas is the husband of Diaz and that has affected the extent to which I have documented things such as loans to these individuals as they sought my help to open and operate business and personal ventures.

7. For example, I have loaned money to Martinez Chicas regularly and deposited the funds requested into his bank account upon request. I have receipts for those deposits such as the $40,000.00 deposit provided to him on 4/08/2018 as a loan. He has made no effort to repay any of this amount to me, as referenced in Ex. 1 of my reply to objection to claim.

8.    In another instance, I paid the property tax bill for the Martinez Chicas
real property, APN 085-083-005, in the amount of $401.23 on 12/30/2018
as a loan.   He has made no effort to repay any of this amount to me, as
*referenced in Ex. 3 of my reply to objection to claim.*

9.    I made regular loans to the Corazon entity that the Debtors operated and
have claimed a $3,500.00 loan made 3/29/2019; a $4,500.00 loan made
9/28/2018;  a $60,000.00 loan made 1/26/2019; a $15,000.00 loan made
on 2/28/2019.   Neither Debtor has made any effort to repay any of these
amounts to me, as referenced in Ex. 4 of my reply to objection to claim.

10.    When efforts were made to repay me, I can prove instances of those
*efforts being in the form of checks that bounced.*  Examples include the
$4,500.00 personal check, number 1022 issued by Debtor Garcia Diaz  on
9/28/2018, which bounced and thus is included in my claim.  The Debtor
has made no effort to repay any of this amount to me, as referenced in Ex.
5 of my reply to objection to claim.

11.    I agreed to work for the Debtors at the Corazon entity for $1,250.00 a
week.  I worked for a year but I was only paid twice in that period and I
*have provided proof of my salary in Ex. 6 of my reply to objection to*
claim.   The remaining 50 weeks of the year would result in a salary due to
me of $62,500.00, which I have included in my claim.   Neither Debtor
has made any effort to pay any of these wage amounts to me, as
referenced in Ex. 6 of my reply to objection to claim.

12.    I am the primary borrower on the nearly $37,000.00 loan for the 2014
Chevy Silverado pickup truck claimed by the Debtors in their bankruptcy
*as their sole property.   I have not included a dollar value for the vehicle or*
the amount of the loan but intend to ensure that my so-owner status is
protected via the title when the vehicle is paid off.   I have supported that
position in Ex. 7 of my claim objection reply.

13.    Just the amounts referenced herein total $187,901.23 and your affiant will
amend her proof of claim to set forth these amounts.

14.    That further your Affiant sayeth not.

STATE OF NEVADA            )

                            )SS.                    SYLVIA LLOYD

COUNTY OF WASHOE            )

This instrument was acknowledged before me on this the 7th day of May, 2021, by Sylvia E. Lloyd.

Notary Public



RAMON PEREZ
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 02-19-2021
Certificate No: 05-102278-2

10

EXHIBIT  3

EXHIBIT  3

**New Owner Property Tax Reminder Notice**
**WASHOE COUNTY, NEVADA**
TAMMI DAVIS, TREASURER
tax@washoecounty.us

OFFICE LOCATION:
1001 E NINTH ST-BLDG D RM140
RENO, NV

*Pd 12-3018*
*Ck# 1443*

www.washoecounty.us/treas
PHONE: 775-328-2510
FAX: 775-328-2500
08/16/2018

JOSE R MARTINEZ-CHICAS
PO BOX 61883
RENO NV 89506

**Parcel Number:**
08583005
**Situs Address:**
160 DAISY MAE LN
WCTY

**Description:**
Block SubdivisionName
_UNSPECIFIED Range 20 Township
20 Section 18 Lot

You are receiving this notice because our records indicate there has been a recent change in the ownership of your property; such as a sale, refinance or transfer into a trust.  If your taxes are paid by your lender, or if you aren't certain you have an impound account with your lender, please contact your lender directly.  If you will be paying these taxes, submit payment for the remaining amount(s) according to the due dates shown below.  Always include your parcel number on your payment.  Additional information can be found on our website at: www.washoecounty.us/treas.

**Payment options:**
- Visit our website at **www.washoecounty.us/treas** to pay by echeck or credit card
- Mail to Washoe County Treasurer PO BOX 30039  RENO, NV 89520-3039
- Visit our office at 1001 E 9th St, Bldg D Rm 140 Reno NV to pay by cash or check

| 2018 Bill Summary | | | | |
|---|---|---|---|---|
| Parcel Number | Prior Years Past Due Amount | Current Year Amount Due | Payments Applied | Total Balance Due |
| 08583005 | $0.00 | $539.38 | $138.15 | $401.23 |

| Installment Details | | | |
|---|---|---|---|
| Due Date | Amount Due | Due Date | Amount Due |
| 08/20/2018 | $0.00 | 01/07/2019 | $133.74 |
| 10/01/2018 | $133.75 | 03/04/2019 | $133.74 |



For added security, your name and account number do not appear on this copy.

11830153005000000405800000139105

EXHIBIT 4

EXHIBIT 4

13



# US BANK

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3758        TRN        S        Y        ST01

|ıl|ı|,ıl|ıı|ı|ıı|ıı|ıı|ıı|ı|ıı|ıı|ıı|ı|ı|ı|ı|ı|ı|
000053268 02 SP     106481965977541 E
CORAZON A CORAZON BEHAVIOR HEALTH LLC
7885 OPAL BLUFF DR
RENO NV 89506-4711

**Business Statement**

Account Number:
1 537 5754 1625
Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 10



☎                              **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                    1-800-673-3555

*U.S. Bank accepts Relay Calls*

*Internet:*                                        usbank.com

---

## PLATINUM BUSINESS CHECKING                                   *Member FDIC*
U.S. Bank National Association                      Account Number 1-537-5754-1625

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Mar 1 |  | $ | 15,335.95 |
| Customer Deposits | 5 |  | 9,575.00 |
| Other Deposits | 19 |  | 77,493.50 |
| Card Deposits | 4 |  | 12,078.30 |
| Card Withdrawals | 86 |  | 10,255.04- |
| Other Withdrawals | 77 |  | 61,509.20- |
| Checks Paid | 51 |  | 39,228.50- |
| **Ending Balance on Mar 31, 2019** | | $ | **3,490.01** |

### Customer Deposits

| Number | Date | Ref Number | Amount | | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|---|
|  | Mar 4 | 8059382818 | 2,765.00 | |  | Mar 29 | 9255527816 | 710.00 |
|  | Mar 11 | 8058737915 | 1,500.00 | |  | Mar 29 | 9255527940 | 3,500.00 |
|  | Mar 20 | 8655413255 | 1,100.00 | |  |  |  |  |
|  |  |  |  | |  | **Total Customer Deposits** | $ | **9,575.00** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 1 | Electronic Deposit | From STATE OF NEVADA |  | $ 17,723.78 |
|  | REF=190580162707660N00 | 2886000020HCCLAIMPMT100014615Y |  |  |
| Mar 5 | Electronic Deposit | From INTUIT PYMT SOLN |  | 900.00 |
|  | REF=190640060676280N00 | 9215986202DEPOSIT  524771997839428 |  |  |
| Mar 7 | Debit Purchase Ret - VISA | On 030619 800-639-6111 KS | 5100934548 | 108.26 |
|  | SPRINT *WIRELESS | REF # 74692169065100934548 US1 |  |  |
|  | ***********0225 |  |  |  |
| Mar 8 | Electronic Deposit | From STATE OF NEVADA |  | 11,281.05 |
|  | REF=190650113801760N00 | 2886000020HCCLAIMPMT100019192Y |  |  |
| Mar 11 | Debit Purchase Ret - VISA | On 030419 VERDI NV | 7150649918 | 1.00 |
|  | BEST WESTERN BOO | REF # 74755429067150649918 US1 |  |  |
|  | ***********0225 |  |  |  |
| Mar 11 | Mobile Banking Transfer | From Account 153757998106 |  | 200.00 |
| Mar 11 | Mobile Banking Transfer | From Account 153758339680 |  | 300.00 |
| Mar 14 | Internet Banking Transfer | From Account 153757998106 |  | 300.00 |
| Mar 15 | Mobile Banking Transfer | From Account 153758339680 |  | 10.00 |
| Mar 15 | Electronic Deposit | From STATE OF NEVADA |  | 12,609.98 |
|  | REF=190720064639680N00 | 2886000020HCCLAIMPMT100023710Y |  |  |
| Mar 18 | Mobile Banking Transfer | From Account 153757998106 |  | 300.00 |
| Mar 21 | Mobile Banking Transfer | From Account 153757998106 |  | 1,300.00 |
| Mar 22 | Electronic Deposit | From INTUIT PYMT SOLN |  | 300.00 |
|  | REF=190810060074940N00 | 9215986202DEPOSIT  524771997839428 |  |  |
| Mar 22 | Electronic Deposit | From STATE OF NEVADA |  | 17,955.24 |
|  | REF=190790144491680N00 | 2886000020HCCLAIMPMT100028280Y |  |  |
| Mar 26 | Mobile Banking Transfer | From Account 153757998106 |  | 3,000.00 |



**US bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3758    TRN        S        Y    ST01

**Business Statement**

Account Number:
1 537 5754 1625
Statement Period:
Sep 4, 2018
through
Sep 30, 2018

Page 1 of 9

000266936 02 SP    106481745089361 E
CORAZON A CORAZON BEHAVIOR HEALTH LLC
7885 OPAL BLUFF DR
RENO NV 89506-4711



☎                                    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                    1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                                    usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the "Your Deposit Account Agreement" booklet will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, or call 1-800-USBANKS (1-800-872-2657) for a copy.  Please see the Additional Information Section of this statement for the main updates that were made to "Your Deposit Account Agreement" booklet.

**Effective November 12th, 2018**  the "Your Deposit Account Agreement" booklet will include a number of updates and may affect your rights. Starting November 12th, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. The main updates that were made to "**Your Deposit Account Agreement**" booklet sections, and sub sections, include:

- Under sub section **Consumer Overdraft Protection** - additional language on overdraft protection advancement.
- Under sub section **Business Banking Overdraft Protection** - additional language on overdraft protection advancement.
- Removal of sub section **Returns at Merchants** and the daily limit.
- Update to the hours of operation for the U.S Bank Business Service Center.

## PLATINUM BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association

**Account Summary**                                    Account Number 1-537-5754-1625

|                           | # Items |    |           |
|---------------------------|---------|----|-----------|
| Beginning Balance on Sep 4 |        | $  | 4,999.84  |
| Customer Deposits         | 6       |    | 11,959.48 |
| Other Deposits            | 10      |    | 38,139.45 |
| Card Withdrawals          | 77      |    | 5,603.48- |
| Other Withdrawals         | 39      |    | 16,536.54- |
| Checks Paid               | 31      |    | 27,779.79- |
| **Ending Balance on Sep 30, 2018** | | $ | **5,178.96** |

**Customer Deposits**

| Number | Date   | Ref Number | Amount   | Number | Date   | Ref Number | Amount   |
|--------|--------|------------|----------|--------|--------|------------|----------|
|        | Sep 5  | 8659257844 | 2,000.00 |        | Sep 19 | 8655860626 | 1,540.00 |
|        | Sep 5  | 8659157805 | 2,755.00 |        | Sep 20 | 8954901537 | 664.48   |
|        | Sep 14 | 9255695567 | 500.00   |        | Sep 28 | 9255605773 | 4,500.00 |
|        |        |            |          | **Total Customer Deposits** | | $ | **11,959.48** |

**Other Deposits**

| Date   | Description of Transaction |                        | Ref Number |    | Amount    |
|--------|----------------------------|------------------------|------------|----|-----------|
| Sep 4  | Mobile Banking Transfer    | From Account 153757998106 |         | $  | 2,000.00  |
| Sep 6  | Electronic Deposit         | From INTUIT PYMT SOLN   |            |    | 1,456.25  |
|        | REF=182490071400150N00     | 9215986202INTUITPMTS524771997839428 |  |    |           |
| Sep 14 | Electronic Deposit         | From ENTERP SVC, LLC.   |            |    | 1,018.80  |
|        | REF=182550066230470N00     | 2886000020HCCLAIMPMT103045220180914 |  |    |           |
| Sep 14 | Mobile Banking Transfer    | From Account 153757998106 |         |    | 1,500.00  |
| Sep 17 | Mobile Banking Transfer    | From Account 153757998106 |         |    | 800.00    |
| Sep 21 | Mobile Banking Transfer    | From Account 153757998106 |         |    | 3,000.00  |
| Sep 21 | Electronic Deposit         | From ENTERP SVC, LLC.   |            |    | 16,662.05 |
|        | REF=182620108619260N00     | 2886000020HCCLAIMPMT103394120180921 |  |    |           |

*18*



**US bank.**

CORAZON A CORAZON BEHAVIOR HEALTH LLC
7885 OPAL BLUFF DR
RENO NV 89506-4711

**Business Statement**

Account Number:
1 537 5754 1625

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 2 of 8



---

## PLATINUM BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                               Account Number 1-537-5754-1625

### Card Deposits

Card Number: xxxx-xxxx-xxxx-0225

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Feb 1 | ATM Deposit | US BANK SPARKS SPARKS NV | | $ | 980.00 |
| | | Serial No. 004336183251SUS4U840 | | | |
| Feb 5 | ATM Deposit | US BANK SPARKS SPARKS NV | | | 730.00 |
| | | Serial No. 005877113342SUS4U840 | | | |
| Feb 5 | ATM Deposit | US BANK SPARKS SPARKS NV | | | 1,335.00 |
| | | Serial No. 005876113247SUS4U840 | | | |
| Feb 28 | ATM Deposit | US BANK SPARKS SPARKS NV | | | 15,000.00 |
| | | Serial No. 005225193612SUS4U840 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Card xxxx-xxxx-xxxx-0225  Deposit Subtotal | | $ | | 18,045.00 |
| | Total Card Deposits | | $ | | 18,045.00 |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Feb 25 | Fee | ATM Withdrawal At Other Network | 2500003781 | $ | 2.50- |

Card Number: xxxx-xxxx-xxxx-0225

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Feb 1 | Debit Purchase | DORSET 76 & POPE DIXON    CA | | $ | 40.00- |
| | 254941 | On 020119 MAESTERM REF 254941 | | | |
| | ***********0225 | | | | |
| Feb 1 | Debit Purchase - VISA | On 020119 888-438-2427 MO | 2100295226 | | 243.63- |
| | CHARTER COMM | REF # 24692169032100295226100 | | | |
| | ***********0225 | | | | |
| Feb 4 | Debit Purchase - VISA | On 020119 DIXON CA | 2400238000 | | 24.55- |
| | WENDYS | REF # 24431069032400238000135 | | | |
| | ***********0225 | | | | |
| Feb 4 | Debit Purchase - VISA | On 020219 msbill.info WA | 3000161053 | | 39.99- |
| | Microsoft *Xbox | REF # 24204299033000161053 US1 | | | |
| | ***********0225 | | | | |
| Feb 4 | Debit Purchase - VISA | On 020119 cc@google.co CA | 2100704077 | | 42.58- |
| | GOOGLE *GSUITE_c | REF # 24692169032100704077805 | | | |
| | ***********0225 | | | | |
| Feb 5 | Debit Purchase | WM SUPERC Wal-Ma RENO,    NV | | | 8.63- |
| | 730257 | On 020119 MAESTERM REF 730257 | | | |
| | ***********0225 | | | | |
| Feb 5 | Debit Purchase - VISA | On 020419 MSBILL.INFO WA | 5400808001 | | 9.99- |
| | MICROSOFT  *OFF | REF # 24430999035400808001 US1 | | | |
| | ***********0225 | | | | |
| Feb 5 | Debit Purchase - VISA | On 020419 646-8375380  NY | 5432948854 | | 9.99- |
| | Spotify USA | REF # 24204299035432948854 US1 | | | |
| | ***********0225 | | | | |
| Feb 6 | Debit Purchase - VISA | On 020419 RENO NV | 7400891000 | | 13.65- |
| | DOUGHBOYS DONUTS | REF # 24431069037400891000609 | | | |
| | ***********0225 | | | | |
| Feb 6 | Debit Purchase - VISA | On 020419 RENO NV | 6750056461 | | 799.00- |
| | NEVADA WOLF SHOP | REF # 24493989038750056461904 | | | |
| | ***********0225 | | | | |
| Feb 7 | Debit Purchase - VISA | On 020519 SPARKS NV | 7100536620 | | 9.02- |
| | JACK IN THE BOX | REF # 24692169037100536620835 | | | |
| | ***********0225 | | | | |
| Feb 7 | Debit Purchase | PARTY CITY 646 2 RENO     NV | | | 24.27- |
| | 210560 | On 020719 MAESTERM REF 210560 | | | |
| | ***********0225 | | | | |

*19*

1013

☑ Track Your Expenses

☐ Auto-Travel  ☐ Education  ☐ Medical/Dental
☐ Business  ☐ Entertainment  ☐ Savings
☐ Charities  ☐ Food  ☐ Taxes
☐ Clothing  ☐ Home  ☐ Utilities
☐ Dependent Care  ☐ Insurance  ☐ Other

Yes

3/29/19

Corgon A Corgi...

Thirty-five hundred 00/100

BAL.
FOR'D

ITEM
AMOUNT  3500.00

BALANCE

DEPOSIT

FOR'D

Duplicate is produced using soy-based materials.
Images may appear light.

☐ TAX DEDUCTIBLE ITEM

Memo  Loan

For enhanced security your account number will not be printed on this copy

NOT NEGOTIABLE

---

1403

☑ Track your expenses.

☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:

☐ TAX DEDUCTIBLE ITEM

9/28/18

Corgon B. H.

fourty five hundred

BALANCE
FORWARD

THIS ITEM  4500.00

BALANCE

DEPOSIT

OTHER

BALANCE
FORWARD

Loan

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

14

**us bank.**    **COUNTER DEPOSIT**

CASH ►
CHECK

CHECK OR
TOTAL FROM
OTHER SIDE ►

SUB TOTAL ►

LESS CASH
RECEIVED ►

DATE 1-26-19

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED    ACCOUNT NUMBER

1 5 3 7 5 7 5 4 1 6 25    $

00069  03759  0016    01/28/2019  12:38  USB
DEPOSIT    H
153757541625

⑆560210039⑆    $60,000.00

60
6000.00

60000.00

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES
AND REGULATIONS APPLICABLE TO THE ACCOUNT.
MARLAND CLAPPE 8000 FTSL PS5006699

I Logan
Corazon

1001

✓ Track Your Expenses...

☐ Auto/Travel   ☐ Education   ☐ Medical/Dental
☐ Business   ☐ Entertainment   ☐ Savings
☐ Charities   ☐ Food   ☐ Taxes
☐ Clothing   ☐ Home   ☐ Utilities
☐ Dependent Care   ☐ Insurance   ☐ Other

2/28/19

Crayon A Corazon B.H.

fifteen thousand 00/100

| | |
|---|---|
| BAL. FOR'D | |
| ITEM AMOUNT | 15,000 00 |
| BALANCE | |
| DEPOSIT | |
| FOR'D | |

Duplicate is produced using soy-based materials.
Images may appear light.

☐ TAX DEDUCTIBLE ITEM

Memo _____

For enhanced security your account number will not be printed on this copy

NOT NEGOTIABLE

20

I, Jose Roberto Martinez- Chicas, am giving up my rights up to 160/162 Daisy Mae Ln, Sun

Valley 89433. In which I have worked on the property since August 3, 2018. Sylvia Lloyd paid all

workers and material at that property. My work was done due to partnership that now has

ended as of April 8, 2019. In exchange for my labor and time, Sylvia has helped my other

company Corazon A Corazon Behavior Health LLC. I will remove all remaining work related

items of the property by Saturday April 13,2019. During this partnership a tractor was financed

during the partnership, Jose Roberto Martinez-Chicas will continue to make this payment on

tractor. All property rights are now given to Sylvia Lloyd.

04-8-19

2-8-19

16

EXHIBIT  5

EXHIBIT  5

21



**United**

**FEDERAL CREDIT UNION**

## Notice of Hold

Name: _Sylvia Lloyd_          Date of Deposit: _9·28·18_

Account Number (last four digits): _1037_          Amount of Deposit: $ _4500_

Hold Expiration Date: _10·10·18_          Amount Held: $ _4500_

We have placed a hold on funds in your account for the Amount Held, identified above. This hold has been placed because we received notice that a check is being returned unpaid for the following reason(s):

o  A check deposited to your account is being returned "Refer to Maker".

o  A check deposited to your account is being returned "Stop Payment".

o  A check deposited to your account is being returned "Altered/Fictitious".

o  A check deposited to your account is being returned "Closed Account".

o  When the legal copy of this check is received by UFCU, the amount of the check will be reversed from your account and a Returned Check Fee of $15 will be charged.

✓  A check deposited to your account has been returned due to Non-Sufficient Funds (NSF). This item is being resubmitted to the maker's financial institution for payment. Should it return NSF a second time, the amount of the check will be reversed from your account and a Returned Check Fee of $15 will be charged. Otherwise the funds will be available on the Hold Expiration date indicated above.

Additional Information:

_____

_____

If you did not receive this notice at the time you made the deposit and the check you deposited is paid, we will refund to you any fees for overdrafts or returned checks that result solely from the additional delay that we are imposing.

If you have questions please contact your local branch, or call our Member Service Center at 888-982-1400.



**United**

FEDERAL CREDIT UNION

October 8, 2018

Sylvia Lloyd
1285 Carville Drive
Reno, NV  89512-2946

Dear Sylvia:

A check that you deposited is being returned against your account due to a problem as indicated below:

☒ Check is Non-Sufficient Funds (NSF)
☐ Non-negotiable item
☐ Check returned - refer to maker
☐ Stale-date
☐ Account closed
☐ Payment stopped
☐ Other:

Per our fee schedule, we have deducted $15.00 from your account for each return deposit item.

**Important:** If your account has a negative balance, please call the Collections Department at (269) 982-1400 or (888) 982-1400.

Allow us to share several options available to you.  You can:

1.  Attempt to recover the cash and fees from the person who wrote the check in exchange for the returned check.

2.  Call the institution the check is drawn on and ask to verify the funds.  They will need the name of the maker of the check, the account number, the amount of the check, and the check number.  The institution will let you know if there are funds available to cover the check at that time, but they cannot guarantee that the funds will still be available by the time the check is presented.

3.  Take the check directly to the institution that the check is drawn on to get the cash.

If you have any questions, please contact our Member Service Center at (269) 982-1400 or (888) 982-1400.

Sincerely,

*United Federal Credit Union*

23



## United
### FEDERAL CREDIT UNION

10/05/18  09/28/18          820  2366  3212

SYLVIA E LLOYD

ACCOUNT #                   XXXXXXXX1037 ND
                                         44
CHECKING RETURN ITEM CHARGE BACK

AMOUNT:                     $4,500.00
PREVIOUS BALANCE:           $5,533.31
NEW BALANCE:                $1,018.31
AVAILABLE BALANCE:          $963.32
SERVICE FEE                 $15.00

CHECKS OUT:                 $0.00
CASH OUT:                   $0.00

CHECK HOLD IF APPLICABLE
DATE AVAILABLE      AMOUNT HELD

```
091000022    10/03/2018
         8653187276
042000013    10/04/2018
     8653187276 RR - A
061000146    10/05/2018
     4858316293 RR - A
*271987635*   10/05/2018
     89000383 RR - A
```

Do not endorse or write below this line.→

○ ENDORSE HERE

**CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE**

☐ CHECK HERE IF AFTER MOBILE OR REMOTE DEPOSIT

DO NOT SIGN, WRITE, STAMP BELOW THIS LINE

FOR RETURNS ONLY
United Federal Credit Union
2807 S. State Street
Saint Joseph, MI 49085
→272484894←
2

```
272484894< - 016
2918 - 32821175
08/28/2018 - 18:58:46
>272484894<  09/28/2018
   000000084652355
```

25

**EXHIBIT** _6_

**EXHIBIT** _6_

26

| Date 8/28/18 | | | | | 5,788.86 |
| 08/28 | Check Number | 1392 | Trace# 0176766394 | | |
| 08/28 | Check Number | 1396 | Trace# 0177107698 | -82.85 | 5,706.01 |
| 08/29 | Check Number | 1397 | Trace# 0176766340 | -63.99 | 5,642.02 |
| 08/29 | Deposit | | | -30.52 | 5,611.50 |
| | | | | 1,250.00 | 6,861.50 |

**CORAZON A CORAZON BEHAVIOR HEALTH LLC**
**08/08/2018        Sylvia lloyd**

Salary                                                      7013

6-15-18 ⎫
7-1 - 18  ⎬ Need
7-15 -18 ⎭  Pd for.

Pd
9/14/18
1,250 ck#

1,250.00

**Checking (1625)**

06/01/18

1,250.00

10408 J207092 (2/18)

104081

Rev 2/14

27

Good morning Robert, I don't have a problem giving you the bobcat back.
I would however like to get my money back that I was never paid for,
my weekly pay of $1250.00 dollars that I only received to checks for,
the checks I wrote out for the company as a loan. The $4,000.00 cash
Araceli ask to borrow so she could pay the title to the blue car,
she pawned when you guys got into the fight and she moved out.
The check of $3,500 hundred she ask to borrow in March of 2019,
said she pay me back in a week, the company never did and that was a loan.
 Not to mention the the Best Buy card Araceli said she didn't have, that was a lie,
 she racked that card up to over five grand, the company was paying on it and the
stopped.
 All the things she bought from there you the company purchased.
So with all that being said we can make a time to meet so you can get you tractor
and Sheffield can pick up the other one. This is January 2nd 2020 11:11am.

28

**EXHIBIT** _7_

**EXHIBIT** _7_

29

**United Federal Credit Union**
2807 S. State Street
St. Joseph, MI 49085
(888) 982-1400

United
FEDERAL CREDIT UNION

# LOAN APPLICATION

Married Applicants may apply for a separate account. Check the appropriate box to indicate Individual Credit or Joint Credit.

☐ **Individual Credit:**  Complete **Applicant** sections if only the applicant's income is considered for loan approval.

Complete **Applicant** and **Co-Applicant** sections: (1) if you are relying on income from alimony, child support, or separate maintenance or on the income or assets of another person as the basis for repayment of credit requested, or: (2) if you reside in a Community Property State, or; (3) if you are relying on property located in a Community Property State as a basis for repayment of the credit requested. Community Property States include: AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI.

☒ **Joint Credit:**  Complete Applicant and **Co-Applicant** sections if your co-applicant will be contractually liable for repayment of the loan and initial below:
We intend to apply for joint credit.  .  *3A*  . (Applicant Initials)  .  *Ac*  . (Co-Applicant Initials)

***PLEASE CHECK BELOW TO INDICATE THE TYPE OF ACCOUNT(S) AND TYPE OF CREDIT FOR WHICH YOU ARE APPLYING.***

☒ **Account/Loan:**  ☐ Individual  ☒ Joint

| APPLICANT | | ☒ CO-APPLICANT  ☐ NON-APPLICANT SPOUSE/OTHER | |
|---|---|---|---|
| NAME (Last - First - Initial)<br>SYLVIA E. LLOYD | ACCOUNT NUMBER<br>0020858103 | NAME (Last - First - Initial)<br>ARACELI G. DIAZ | ACCOUNT NUMBER<br>0870084912 |
| SOCIAL SECURITY NUMBER<br>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 | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NUMBER<br>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 | MOTHER'S MAIDEN NAME |
| E-MAIL ADDRESS | FAX NUMBER | E-MAIL ADDRESS | FAX NUMBER |
| BIRTH DATE<br>1/9/1965 | HOME PHONE<br>(775) 786-9117 | BIRTH DATE<br>2/27/1980 | HOME PHONE<br>(775) 772-2379 | BUSINESS PHONE/EXT. |
| BUSINESS PHONE/EXT.<br>7757722379 | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| NAME (Last - First - Initial)<br>SYLVIA E. LLOYD | ACCOUNT NUMBER<br>0020858103 | NAME (Last - First - Initial)<br>ARACELI G. DIAZ | ACCOUNT NUMBER<br>0870084912 |
| SOCIAL SECURITY NUMBER<br>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 | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NUMBER<br>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 | MOTHER'S MAIDEN NAME |
| E-MAIL ADDRESS | FAX NUMBER | E-MAIL ADDRESS | FAX NUMBER |
| BIRTH DATE 1/9/1965 | HOME PHONE (775) 786-9117<br>BUSINESS PHONE/EXT. 7757722379 | BIRTH DATE 2/27/1980 | HOME PHONE (775) 772-2379<br>BUSINESS PHONE/EXT. |
| PRESENT ADDRESS (Street - City - State - Zip)<br>1285 CARVILLE DR<br>Reno, NV 895122946 | ☒ OWN  ☐ RENT<br>YEARS/MONTHS AT THIS ADDRESS  20    0 | PRESENT ADDRESS (Street - City - State - Zip)<br>1285 CARVILLE DRIVE<br>Reno, NV 89512 | ☐ OWN  ☐ RENT<br>YEARS/MONTHS AT THIS ADDRESS  20    0 |
| PREVIOUS ADDRESS (Street - City - State - Zip) | | PREVIOUS ADDRESS (Street - City - State - Zip) | |
| MORTGAGE BALANCE | MONTHLY PAYMENT (MORTGAGE/RENT) | MORTGAGE BALANCE | MONTHLY PAYMENT (MORTGAGE/RENT) |
| PLEASE COMPLETE ONLY IF YOU ARE APPLYING FOR JOINT CREDIT, SECURED CREDIT, OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE.<br>☐ MARRIED (WA and CA Only: includes registered domestic partners)<br>☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed) | | PLEASE COMPLETE ONLY IF YOU ARE APPLYING FOR JOINT CREDIT, SECURED CREDIT, OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE.<br>☐ MARRIED (WA and CA Only: includes registered domestic partners)<br>☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed) | |

| EMPLOYMENT | | | |
|---|---|---|---|
| NAME AND ADDRESS OF EMPLOYER<br>BORIS HEAD | | NAME AND ADDRESS OF EMPLOYER<br>NORTHERN NEVADA MED CENTER<br>Reno, NV 89503 | |
| HIRE DATE<br>7/14/2010 | POSITION<br>DEMO PERSON | HIRE DATE<br>7/22/2012 | POSITION<br>ER REGISTRATION |
| PRIOR EMPLOYER | FROM:          TO: | PRIOR EMPLOYER | FROM:          TO: |

| INCOME | | | |
|---|---|---|---|
| OTHER INCOME NOTICE: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered. | | OTHER INCOME NOTICE: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered. | |
| EMPLOYMENT INCOME (GROSS)<br>$800.00     PER Month | OTHER INCOME (GROSS)<br>$450.00     PER Month<br>SOURCE Other - LIFE INSURANCE | EMPLOYMENT INCOME (GROSS)<br>$14.83     PER Hour | OTHER INCOME (GROSS)<br>PER<br>SOURCE |

| REFERENCES | | | |
|---|---|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | HOME NUMBER<br><br>RELATIONSHIP | NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | HOME NUMBER<br><br>RELATIONSHIP |

*30*



**United Federal Credit Union**
2807 S. State Street
St. Joseph, MI 49085
(888) 982-1400

**SECURITY AGREEMENT AND ADVANCE RECEIPT**

| BORROWER'S NAME AND ADDRESS | | | ACCOUNT NUMBER |
|---|---|---|---|
| SYLVIA E. LLOYD | 1285 CARVILLE DR | Reno, NV 895122946 | 610000476676 |
| CO-BORROWER'S NAME AND ADDRESS | | | DATE |
| ARACELI G. DIAZ | 1285 CARVILLE DRIVE | Reno, NV 89512 | 7/23/2015 |
| NON-BORROWER OWNER'S NAME | | | MATURITY DATE |
| | | | 7/15/2021 |

### SECURITY INFORMATION

THE FOLLOWING PROPERTY IS GIVEN AS COLLATERAL TO SECURE THE DEBT DESCRIBED HEREIN. THE ADVANCE IS ALSO SECURED BY BORROWER'S SHARES. ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE:

| SHARES PLEDGED: | ACCOUNT NUMBER | AMOUNT | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|---|
| **MOTOR VEHICLE:** | YEAR **2014** | MAKE **CHEVROLET TRUCK** | MODEL **Silverado 1500-V8** | BODY TYPE **Regular Cab Work Truck 2WD** | VALUE **$26,325.00** |
| | SERIAL or VIN NUMBER **1GCNCPEH0EZ287296** | | | AMOUNT OF LIEN (Total of Payments) **$31,781.92** |
| **OTHER COLLATERAL:** | | | | AMOUNT OF LIEN (Total of Payments) |
| **OTHER COLLATERAL:** | | | | MATURITY DATE **7/15/2021** |

### CREDIT INFORMATION

| ANNUAL PERCENTAGE RATE: The cost of your credit as a yearly rate. | FINANCE CHARGE: The dollar amount the credit will cost you. | Amount Financed: The amount of credit provided to you or on your behalf. | Total of Payments: The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **4.99** %* | $ **$5,014.95** | $ **$31,781.92** | $ **$36,796.87** |

☐ *Variable Rate: If checked, the ANNUAL PERCENTAGE RATE disclosed above may increase or decrease during its term if the Credit Union's Savings Rate Index increases or decreases. The ANNUAL PERCENTAGE RATE will be equal to the Credit Union's Savings Rate Index plus _____ %, rounded up to the nearest 1/8 of 1%. An increase will take effect on the first day of each month. The ANNUAL PERCENTAGE RATE will never be more than that allowed by applicable state law or less than _____ %. Any increase will take the form of higher monthly payments. EXAMPLE: If your loan was $10,000 at 6% for 120 months and the rate increased to 7% after 3 years, your monthly payment would increase by $3.88.

Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 71 | $ $512.00 | 8/15/2015 |
| 1 | $ $444.87 | 7/15/2021 |

| Security: You are giving a security interest in your shares and deposits in the credit union, as well as the collateral described above. Collateral for other loans with us will also secure this loan, except for your home and household goods. | Filing Fee: $ |
|---|---|

Late Charges: *For all loans except Term and Certificate Secured Loans:* If a payment is received more than 10 days after the due date, you will be charged the greater of 5% of the payment, or $25.00. *For Term and Certificate Secured Loans:* If a payment is received more than 10 days after the due date, you will be charged $25.00.

| Property Insurance: You may obtain property insurance from anyone you want that is acceptable to us. If you do not obtain property insurance we will obtain it at your cost. | Required Deposit Balance: The Annual Percentage Rate does not take into account your required deposit balance. |
|---|---|

| Prepayment: If you pay off early, you will not have to pay a penalty. | See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties. |
|---|---|

"e" means estimate.

| ITEMIZATION OF AMOUNT FINANCED OF | $ **$31,781.92** | Amount Paid to Others on Your Behalf (Describe) | | |
|---|---|---|---|---|
| AMOUNT GIVEN TO YOU DIRECTLY | $ | GAP (a portion will be retained by us) | MBP (a portion will be retained by us) | |
| AMOUNT PAID ON YOUR ACCOUNT | $ | | | |
| PREPAID FINANCE CHARGE | $ | $ | $ | $ | $ |

**Debt Protection:** Thank you for purchasing optional debt protection on your Consumer Lending Plan. The Total Estimated Fee for this loan is $ _**$0.00**_ , and is included in the payment schedule disclosed above. We will retain a portion of this amount. Yes! I confirm that I want optional debt protection on this advance.

_____        _____
Borrower Initial          Co-Borrower Initial (if joint coverage)

**Returned Payment Fee:** We will charge you $25.00 if your payment is returned unpaid for any reason.

**Modification Fee:** $50.00

31

**CERTIFICATE OF SERVICE**

Pursuant to Fed. Rule of Bankruptcy Proc. 9014, 7004 and Fed. Rule of Civ. Proc. 4(g), I William A. Baker swear under penalty of perjury that I am over the age of 18, not a party to the within action and that I hereby certify that on May 10, 2021 a copy of the REPLY TO OBJECTION TO PROOF OF CLAIM OF SYLVIA LLOYD  was  served on the following parties by ECF filing and notice pursuant thereto to all parties receiving such notice from the Court's system:

Nathan R. Zeltzer, Esq.@nrzbk@yahoo.com

William A. VanMeter, Trustee @ ECF@reno13.com wvanmeter13@etc.epiqsystems.com


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

DATED this 10th day of May, 2021.


/s/ William A. Baker
William A. Baker

32