NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–20–51150–btb<br>CHAPTER 13 |
| JOSE R MARTINEZ–CHICAS<br>   dba RM SERVICES NORTHERN NEVADA | |
| ARACELI G DIAZ<br>   fdba CORAZON A CORAZON BEHAVIOR<br>   HEALTH<br>   fka ARACELI AGUILAR | NOTICE OF STATUS HEARING<br><br>Hearing Date:      6/3/21<br>Hearing Time:     09:30 AM |
| Debtor(s) | |

**NOTICE IS GIVEN** that a Status Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 6/3/21 |
| Hearing Time: | 09:30 AM |
| Hearing Phone Number: | (888) 684–8852 |
| Hearing Access Code: | 2981680# |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*28* – Objection to Claim 15 of SYLVIA LLOYD in the amount of 59,000.00 with request for valuation of security. Filed by NATHAN R. ZELTZER on behalf of ARACELI G DIAZ, JOSE R MARTINEZ–CHICAS (ZELTZER, NATHAN)

This hearing is scheduled for the following reason:

PER COURT INSTRUCTION – FOR PURPOSE OF SETTING EVIDENTIARY HEARING.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 5/28/21

*Mary A Schott*

Mary A. Schott
Clerk of Court