

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 06, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOSE R MARTINEZ-CHICAS, *dba* RM SERVICES NORTHERN NEVADA, and ARACELI G DIAZ, *fka* ARACELI AGUILAR, *fdba* CORAZON A CORAZON BEHAVIOR HEALTH,<br><br>Debtors. | Case No. 20-51150-NMC<br><br>Chapter 13<br><br><br><br>Hearing Dates: May 11 and 12, 2022, and August 8, 2022. |

## ORDER REGARDING OBJECTION TO THE PROOF OF CLAIM OF SYLVIA LLOYD CLAIM NUMBER 15 (ECF NO. 28)[1]

The Court entered its Findings of Fact and Conclusions of Law Regarding Objection to the Proof of Claim of Sylvia Lloyd Claim Number 15 (ECF No. 28) concurrently herewith.

IT IS HEREBY ORDERED that the Objection is **sustained in part and overruled in part**. Specifically, the Objection **is sustained** as it pertains to Jose R Martinez-Chicas's financial obligations for the services and loans provided by Sylvia Lloyd to Corazon A Corazon Behavior Health and **is overruled** as it pertains to that portion of the Claim in the amount Mr. Martinez-Chicas agreed to pay Sheffield Financial for the excavator on behalf of Ms. Lloyd.

---

[1] All references to "ECF No." are to the pleadings filed on the docket in the above-captioned bankruptcy case, unless otherwise noted.

1

1   IT IS FURTHER ORDERED that Ms. Lloyd shall file an affidavit with the Court setting
2   forth the current amount due and owing to Sheffield Financial within ten (10) days of the date of
3   entry of these Findings of Fact and Conclusions of Law. Mr. Martinez-Chicas will then have
4   five (5) days to file a reply, after which time the Court will enter an Order consistent therewith.
5   IT IS FURTHER ORDERED that each party shall bear their own attorney's fees and
6   costs.
7   IT IS SO ORDERED.
8   Copy sent via CM/ECF ELECTRONIC FILING
9   Copy sent via BNC to:
10  **JOSE R MARTINEZ-CHICAS**
    5615 LUPIN DR.
11  SUN VALLEY, NV 89433
12                                    # # #