_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
July 07, 2023

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorney for Sylvia Lloyd

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOSE R. MARTINEZ-CHICAS<br>   dba RM SERVICES NORTHERN NEVADA,<br><br>ARACELI G. DIAZ<br>   fdba CORAZON A CORAZON BEHAVIOR HEALTH<br>   fka ARACELI AGUILAR<br><br>              Debtor(s) | Case No.:  BK-20-51150-hlb<br><br>Chapter 13<br><br>**ORDER GRANTING STIPULATION TO ALLOW SYLVIA LLOYD'S CLAIM IN PART**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Debtor Jose R. Martinez-Chicas ("Debtor") and Creditor Sylvia Lloyd ("Ms. Lloyd" or collectively, the "Parties") filed a stipulation stating:

1. Ms. Lloyd filed a proof of claim (Claim Register 15), and Debtors objected to it (Dkt. 28).

2. The court conducted three days of evidentiary hearing and received post-hearing briefs.

3. On April 6, 2022, the court sustained the objection in part and overruled it in part (Dkt. 167).  The Court allowed Ms. Lloyd's claim as it pertains to her debt to Sheffield Financial.  Ms. Lloyd was directed to file an affidavit "setting forth the current amount due and owing to Sheffield Financial," and that Debtor had five days to reply.

4. On April 14, 2023, Ms. Lloyd filed her declaration stating that she owed $40,588.82 to Sheffield Financial as of April 2, 2023 (Dkt. 171 at ¶8) (the declaration errantly states the calculation was through 2019).

5. Debtor did not reply.

6. The court has not issued any further order following the briefing.

7. Based upon the forgoing, the Parties request the court enter the attached stipulated order allowing Ms. Lloyd's claim in the amount of $40,588.82.  <u>This amount is the full and final amount awarded to Ms. Lloyd on her Proof of Claim (Claim Register 15), after hearing the Debtor's Objection to Ms. Lloyd's Proof of Claim.</u>

The Court, having considered the stipulation and the record in this case, GRANTS the stipulation and ORDERS that Ms. Lloyd's claim is allowed in the amount of $40,588.82.

IT IS SO ORDERED.

Submitted by:

DATED:  June 23, 2023            KAEMPFER CROWELL

                                 By: */s/ Louis M. Bubala III*
                                 Louis M. Bubala III (SBN:  8974)
                                 Attorney for Sylvia Lloyd

DATED: June 23, 2023             THE LAW OFFICES OF NATHAN R. ZELTER, Ltd.

                                 By: */s/ Nathan R. Zeltzer*
                                 Nathan R. Zeltzer (SBN:  5173)
                                 Attorney for Debtor Jose R. Martinez-Chicas

###